MOATT    INVATT
i

INTERNAL USE ONLY: Proceedings include all events.
05-10367 USA v. Sappa

UNITED STATES OF AMERICA            Thomas C. Muehleck, AUSA
    Plaintiff - Appellee        FAX 808/541-2958
                                     808/541-2850
                                     Suite 6-100
                                     [COR LD NTC aus]
                                     USH - OFFICE OF THE U.S.
                                     ATTORNEY
                                     PJKK Federal Building
                                     300 Ala Moana Blvd.
                                     P.O. Box 50183
                                     Honolulu, HI 96850

  v.

JOE SAPPA                           DeAnna S. Dotson, Esq.
    Defendant - Appellant           FAX 808/672-5058
                                     808/391-7308
                                     [COR LD NTC cja]
                                     P.O. Box 700953
                                     Kapolei, HI 96709-0953